**Order entered August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00084-CR

### RICHARD RICHARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-20795-V**

## ORDER

Appellant's July 29, 2016 second motion for an extension of time to file his brief and August 5, 2016 motion to accept brief tendered are **GRANTED**. Appellant's brief received by the Clerk on August 5, 2016 is deemed timely filed.

The State's brief shall be due **THIRTY DAYS** from the date of this order.


/s/     LANA MYERS
        JUSTICE